Entered: May 26th, 2026
Signed: May 26th, 2026

**SO ORDERED**

The hearing is scheduled for June 1, 2026 at 3:00 p.m. in Courtroom 3E, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD, 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | ) | |
| 5410 30th Street DC, LLC, | ) | Case No. 25-19605-LSS |
|      Debtor | ) | Chapter 11 |
| _____ | ) | |
| 5410 30th Street DC, LLC, | ) | |
|      Plaintiff | ) | |
| v. | ) | Adv. Pro. No. _____ |
| IBI FALCON US LLC; IBI SBL | ) | |
| INVESTMENT LP; AMIR GOLAN; | ) | |
| OREN STREIT; and TOVA | ) | |
| GREENBAUM, | ) | |
|      Defendants. | ) | |

ORDER GRANTING DEBTOR'S MOTION TO SHORTEN TIME

UPON CONSIDERATION of the Debtor's Motion to Shorten Time for Hearing on Debtor's Motion for Temporary Restraining Order, Preliminary Injunction, and Order to Show Cause (the "Motion to Shorten Time"), and good and sufficient cause appearing therefor;

IT IS HEREBY **ORDERED** that the Motion to Shorten Time is **GRANTED**; and it is further

**ORDERED** that a hearing on the Debtor's Motion for Temporary Restraining Order, Preliminary Injunction, and Order to Show Cause is hereby set for the date and time stated above and to be conducted in person, in Courtroom 3E, U.S. Bankruptcy Court; and it is further

**ORDERED** that any response or opposition to the Motion shall be filed and served not later than three (3) business days before the hearing; and it is further

**ORDERED** that any reply by the Debtor shall be filed not later than one (1) business day before the hearing; and it is further

**ORDERED** that the Debtor shall serve a copy of this Order, the `Motion, the Supplement to Motion to Enforce Stay, and the Declaration of Zanetta M. Williams on counsel for IBI Falcon US LLC and IBI SBL Investment LP, the Chapter 11 Trustee, and the Office of the United States Trustee, by email and CM/ECF, within twenty-four (24) hours of entry of this Order, and shall file a certificate of service with the Court.

**cc:**

Debtor
Debtor's Counsel — Deirdre T. Johnson
IBI — Maurice B. VerStandig
U.S. Trustee
Subchapter V Trustee

End of Order