IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| 5410 30TH STREET DC LLC, | ) | Adv. Case No. 26-00129-LSS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IBI FALCON US LLC, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION FOR INJUNCTIVE RELIEF

Upon consideration of the motion for injunctive relief (the "Motion"), DE #2, the opposition of the defendants thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

Copies: All counsel of record

1