United States Bankruptcy Court
District of Maryland

5410 30th Street DC LLC,
    Plaintiff

Adv. Proc. No. 26-00129-LSS

LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | 5410 30th Street DC LLC, 2011 Brooks Dr, District Heights, MD 20747-1002 |
| dft | + | IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854 UNITED STATES 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 26 2026 20:15:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | *+ | IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854, UNITED STATES 20854-3976 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |

District/off: 0416-0                    User: admin                              Page 2 of 2
Date Rcvd: May 26, 2026             Form ID: pdfall                          Total Noticed: 3
TOTAL: 1

Entered: May 26th, 2026
Signed: May 26th, 2026

**SO ORDERED**

The hearing is scheduled for June 1, 2026 at 3:00 p.m. in
Courtroom 3E, U.S. Bankruptcy Court, 6500 Cherrywood Lane,
Greenbelt, MD, 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | ) | |
| 5410 30th Street DC, LLC, | ) | Case No. 25-19605-LSS |
|     Debtor | ) | Chapter 11 |
| _____ | ) | |
| 5410 30th Street DC, LLC, | ) | |
|     Plaintiff | ) | |
| v. | ) | Adv. Pro. No. _____ |
| IBI FALCON US LLC; IBI SBL | ) | |
| INVESTMENT LP; AMIR GOLAN; | ) | |
| OREN STREIT; and TOVA | ) | |
| GREENBAUM, | ) | |
|     Defendants. | ) | |

### ORDER GRANTING DEBTOR'S MOTION TO SHORTEN TIME

UPON CONSIDERATION of the Debtor's Motion to Shorten Time for Hearing on

Debtor's Motion for Temporary Restraining Order, Preliminary Injunction, and Order to Show

Cause (the "Motion to Shorten Time"), and good and sufficient cause appearing therefor;

IT IS HEREBY **ORDERED** that the Motion to Shorten Time is **GRANTED**; and it is further

**ORDERED** that a hearing on the Debtor's Motion for Temporary Restraining Order,

Preliminary Injunction, and Order to Show Cause is hereby set for the date and time stated

above and to be conducted in person, in Courtroom 3E, U.S. Bankruptcy Court; and it is

further

**ORDERED** that any response or opposition to the Motion shall be filed and served not later than three (3) business days before the hearing; and it is further

**ORDERED** that any reply by the Debtor shall be filed not later than one (1) business day before the hearing; and it is further

**ORDERED** that the Debtor shall serve a copy of this Order, the `Motion, the Supplement to Motion to Enforce Stay, and the Declaration of Zanetta M. Williams on counsel for IBI Falcon US LLC and IBI SBL Investment LP, the Chapter 11 Trustee, and the Office of the United States Trustee, by email and CM/ECF, within twenty-four (24) hours of entry of this Order, and shall file a certificate of service with the Court.

**cc:**

Debtor
Debtor's Counsel — Deirdre T. Johnson
IBI — Maurice B. VerStandig
U.S. Trustee
Subchapter V Trustee

End of Order