Entered: May 29th, 2026
Signed: May 29th, 2026

**SO ORDERED**



_lori Simpson_
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–19605 – LSS**    Chapter: **11**    Adversary No.: **26–00129**

**5410 30th Street DC LLC**
Debtor

**5410 30th Street DC LLC**
Plaintiff

vs.

**IBI Falcon US LLC**
Defendant

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION FOR FAILURE TO COMPLY WITH COURT ORDER

Upon review of the docket in this adversary proceeding, Debtor/Plaintiff having failed to comply with the Order Granting Debtors Motion to Shorten Time [Dkt. No. 5] by filing a certificate of service within 24 hours of the entry of said Order, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 2] is DENIED, and the hearing scheduled for June 1, 2026 is hereby TERMINATED.

cc:    Plaintiff

      Attorney for Plaintiff – Deirdre Theresa Johnson

      Defendant

      Attorney for Defendant – Maurice Belmont VerStandig

## End of Order