Case 26-00129   Doc 11-5   Filed 06/03/26   Page 1 of 1

7:00      5Gᵘ 75⚡

**Oren**

> The Managing Partner?
> Dor?
> 6:16 AM ✓✓

**Oren Streit**

No, Dor was the VP and I replaced him.
Amir is the managing partner.
He wants to talk with you .
Let's jump to a quick call today at your morning pls
6:25 AM

> So Dor is no longer there and this is a new person?
> And what would the calm be about?
> 6:26 AM ✓✓

**Oren Streit**

Zanetta, we want to see if we can get into an agreement with you.
We are ready to dismiss the bankruptcy and eventually