Case 26-00129   Doc 11-6   Filed 06/03/26   Page 1 of 1

7:00   5G 75

< Oren

Let's jump t **Today** ck call
today at your morning pls

6:25 AM

So Dor is no longer there
and this is a new person?
And what would the calm
be about?

6:26 AM ✓✓

**Oren Streit**
Zanetta, we want to see if
we can get into an
agreement with you.
We are ready to dismiss the
bankruptcy and eventually
you will loose the property
and bear a lot of legal costs.
We can jump to a call to try
and settle or we can
continue at FC with your
bankruptcy.
I am fine with both- your
choices.

6:47 AM