10:56   .ıll 5G  66

 WhatsApp Audio...

+972 54-761-686

