

Maurice B. VerStandig, Esq.
Sender's Direct Dial: (301)444-4600
Sender's E-mail: mac@mbvesq.com

May 5, 2026

**<u>Via E-mail</u>**
Deirdre T. Johnson, Esq.
9701 Apollo Drive
Suite 301
Upper Marlboro, Maryland 20774
dtjesq@dtjohnsonlaw.com

> **Re:** ***In re 5410 30th Street DC LLC***
> **Case No. 25-19605-LSS (Bankr. D. Md. 2025)**

Ms. Johnson:

I am in receipt of your correspondence, from earlier this morning, alleging that communications between our respective clients constitute a violation of the automatic stay enshrined in section 362 of title 11 of the United States Code (the "Automatic Stay").

As I trust you are aware, none of the activity described in your letter actually constitutes a violation of the Automatic Stay. Discussions between parties, during the course of a bankruptcy proceeding, are necessarily encouraged—not forbade.

For the avoidance of doubt, at no point in time have I contacted your client's principal, nor do I believe any other attorney representing my clients has done so. The communications attached to your letter are all between the principals of our respective clients. And these accordingly also do not appear to run afoul of the prohibition on attorneys contacting represented parties in the absence of their counsel.

Moreover, I would note that rare are the real estate-centric chapter 11 cases in which I have been involved where there is not some communication between a debtor's principal and a lender's agents, during the pendency of the case. This is oftentimes a rather helpful and beneficial secondary communication channel that aids in the development and progression of settlement discussions—especially where, as here, the debtor's principal has personally guaranteed the subject obligations.

I believe, from reviewing your letter, that the debtor's principal has indicated a desire for communications between the parties to cease. I will certainly ensure such is relayed to my client. Though, again, I must stress that I do not believe any such communications are—or would be—violative of the Automatic Stay.

*[Signature on Following Page]*

9812 Falls Road
#114-160
Potomac, Maryland 20854

1452 W. Horizon Ridge Pkwy
#665
Henderson, Nevada 89012



Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

**9812 Falls Road**
**#114-160**
**Potomac, Maryland 20854**

**1452 W. Horizon Ridge Pkwy**
**#665**
**Henderson, Nevada 89012**