**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | ) | |
| 5410 30th Street DC, LLC, | ) | Case No. 25-19605-LSS |
|     Debtor | ) | Chapter 11 |
| | ) | |
| 5410 30th Street DC, LLC, | ) | |
|     Plaintiff | ) | |
| v. | ) | Adv. Pro. No 26-00129 |
| IBI FALCON US LLC; IBI SBL | ) | |
| INVESTMENT LP; AMIR GOLAN; | ) | |
| OREN STREIT; and TOVA | ) | |
| GREENBAUM, | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned has filed a Motion for Temporary Restraining Order and Preliminary Injunction, and a Motion to Shorten Time.

Your rights may be affected.

Within fourteen (14) days after the date on the Certificate of Service of the Motion, any party in interest opposing the Motion may file and serve a written response, together with any documents and other evidence the responding party wishes to attach in support of its position, pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

If no timely response is filed, the relief requested in the Motion may be granted without further notice or hearing.

Respectfully submitted,

Date: June 3, 2026

  /s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq

Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*