Entered: June 5th, 2026
Signed: June 4th, 2026

**SO ORDERED**

This Order requires immediate action.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re: | * |
| | * |
| 5410 30th Street DC LLC, | *  Case No. 25-19605-LSS |
| | *  Chapter 11 |
| Debtor. | * |
| | * |
| * * * * * * * | *  * * * * * * |
| | * |
| 5410 30th Street DC LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Adv. Pro. No. 26-00129 |
| | * |
| IBI Falcon US LLC, et al., | * |
| | * |
| Defendants. | * |
| | * |
| * * * * * * * | *  * * * * * * |

### ORDER SHORTENING RESPONSE DEADLINE
### AND SETTING EXPEDITED HEARING

Upon reviewing the Motion to Shorten Time on Motion for Temporary Restraining Order and

Preliminary Injunction [Dkt. No. 12] ("Motion to Shorten Time"), filed by Plaintiff, the Court finds

good cause to shorten the response deadline and set an expedited initial hearing on the Motion for

Temporary Restraining Order and Preliminary Injunction [Dkt. No. 11] ("TRO Motion") and all timely filed responses. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Shorten Time is GRANTED, as provided herein; and it is further,

**ORDERED**, that any party in interest wishing to object or otherwise respond to Plaintiff's request for a Temporary Restraining Order in in TRO Motion must file an objection or other response by **Thursday, June 11, 2026, at 12:00 p.m.;** and it is further,

**ORDERED**, that a virtual hearing on Plaintiff's request for a Temporary Restraining Order in the TRO Motion and all timely filed objections and responses will be held on **Monday, June 15, 2026, at 10:00 a.m.** The hearing will be held via videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688; and it is further,

**ORDERED,** that counsel for the Plaintiff shall serve a copy of this Order on each defendant and counsel for each defendant, if known, by facsimile, e-mail, overnight mail, or hand delivery no later than **Friday, June 5, 2026, at 12:00 p.m.**; and it is further,

**ORDERED**, that counsel for the Plaintiff shall file a certification with the Court by **Friday, June 5, 2026, at 12:00 p.m.**, that service was effectuated as required by this Order; and it is further,

**ORDERED**, that, if Plaintiff fails to comply with all the requirements set forth in this Order, the Court may terminate the hearing and vacate this Order without further notice or a hearing.

cc:   Plaintiff
      Plaintiff's Counsel – Deirdre T. Johnson

**End of Order**

2