United States Bankruptcy Court

District of Maryland

5410 30th Street DC LLC,

    Plaintiff

Adv. Proc. No. 26-00129-LSS

LLC,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | 5410 30th Street DC LLC, 2011 Brooks Dr, District Heights, MD 20747-1002 |
| dft | + | IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854 UNITED STATES 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

Entered: June 5th, 2026
Signed: June 4th, 2026

**SO ORDERED**

This Order requires immediate action.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| *   *   *   *   *   * | * * * * * * * | |
| | * | |
| 5410 30th Street DC LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 26-00129 |
| | * | |
| IBI Falcon US LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *   *   *   *   *   * | * * * * * * * | |

### ORDER SHORTENING RESPONSE DEADLINE
### AND SETTING EXPEDITED HEARING

Upon reviewing the Motion to Shorten Time on Motion for Temporary Restraining Order and

Preliminary Injunction [Dkt. No. 12] ("Motion to Shorten Time"), filed by Plaintiff, the Court finds

good cause to shorten the response deadline and set an expedited initial hearing on the Motion for

Temporary Restraining Order and Preliminary Injunction [Dkt. No. 11] ("TRO Motion") and all timely filed responses. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Shorten Time is GRANTED, as provided herein; and it is further,

**ORDERED**, that any party in interest wishing to object or otherwise respond to Plaintiff's request for a Temporary Restraining Order in in TRO Motion must file an objection or other response by **Thursday, June 11, 2026, at 12:00 p.m.;** and it is further,

**ORDERED**, that a virtual hearing on Plaintiff's request for a Temporary Restraining Order in the TRO Motion and all timely filed objections and responses will be held on **Monday, June 15, 2026, at 10:00 a.m.** The hearing will be held via videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688; and it is further,

**ORDERED,** that counsel for the Plaintiff shall serve a copy of this Order on each defendant and counsel for each defendant, if known, by facsimile, e-mail, overnight mail, or hand delivery no later than **Friday, June 5, 2026, at 12:00 p.m.**; and it is further,

**ORDERED**, that counsel for the Plaintiff shall file a certification with the Court by **Friday, June 5, 2026, at 12:00 p.m.**, that service was effectuated as required by this Order; and it is further,

**ORDERED**, that, if Plaintiff fails to comply with all the requirements set forth in this Order, the Court may terminate the hearing and vacate this Order without further notice or a hearing.

cc:    Plaintiff
       Plaintiff's Counsel – Deirdre T. Johnson

**End of Order**