Entered: June 9th, 2026
Signed: June 9th, 2026

**SO ORDERED**

THIS ORDER REQUIRES IMMEDIATE ACTION.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| *    *    *    *    *    *    * | | *    *    *    *    *    * |
| | * | |
| 5410 30th Street DC LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 26-00129 |
| | * | |
| IBI Falcon US LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    *    * | | *    *    *    *    *    * |

**SUPPLEMENTAL ORDER**

This Supplemental Order supplements the Order Setting Response Deadline and Setting

Expedited Hearing [Dkt. No. 13] ("Original Order"), specifically the service and certification deadlines

stated therein. The Original Order set a deadline of Friday, June 5, 2026, at 12:00 p.m. for Plaintiff to

serve the Original Order and file a certification therefore. However, the Original Order was not entered on the docket until Friday, June 5, 2026, at 1:08 p.m., making Plaintiff's compliance impossible. Accordingly, the Court has determined that the deadline for service and certification in the Original Order should be extended. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the deadlines for Plaintiff's counsel to serve a copy of the Original Order and to file a certification of such service as provided in the Original Order are hereby extended to **Tuesday, June 9, 2026, at 5:00 p.m.**; and it is further,

**ORDERED**, that except as explicitly provided in the paragraph above, the Original Order shall remain in full force and effect, including, without limitation, the objection deadline of **Thursday, June 11, 2026, at 12:00 p.m.;** and it is further,

**ORDERED**, that, if Plaintiff fails to provide service and certification as required by this Supplemental Order, the Court may terminate the hearing and vacate the Original Order without further notice or a hearing.

cc:     Plaintiff
        Plaintiff's Counsel – Deirdre T. Johnson
        IBI Falcon US LLC – Maurice Belmont VerStandig

**End of Order**