**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | ) | |
| 5410 30th Street DC, LLC, | ) | Case No. 25-19605-LSS |
|      Debtor | ) | Chapter 11 |
| _____ | ) | |
| 5410 30th Street DC, LLC, | ) | |
|      Plaintiff | ) | |
| v. | ) | Adv. Pro. No. 26-00129 |
| IBI FALCON US LLC; IBI SBL | ) | |
| INVESTMENT LP; AMIR GOLAN; | ) | |
| OREN STREIT; and TOVA | ) | |
| GREENBAUM, | ) | |
|      Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June, 2026, a copy of the Order Shortening Time and Setting Hearing and the Supplemental Order was served via email to:

- Maurice B. VerStandig, Esq., mac@mbvesq.com

/s/ Deirdre T. Johnson
Deirdre T. Johnson, Esq.