| | |
|---|---|
| **From:** | Deirdre T. Johnson, Esq |
| **To:** | Mac VerStandig |
| **Subject:** | 26-00129 Order Shortening Time & Setting Hearing and Supplemental Order |
| **Date:** | Tuesday, June 9, 2026 9:59:39 PM |
| **Attachments:** | Order Shortening Time & Setting Hearing.pdf |
| | Supplemental Order.pdf |

Mr. VerStandig

Please see the attachments.

Also - are you free to meet & confer at any time on Friday??

Regards,

Deirdre T. Johnson, Esq

Attorney at Law

(301) 742-5385

dtjesq@dtjohnsonlaw.com

The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.