United States Bankruptcy Court

District of Maryland

5410 30th Street DC LLC,

    Plaintiff

Adv. Proc. No. 26-00129-LSS

LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | 5410 30th Street DC LLC, 2011 Brooks Dr, District Heights, MD 20747-1002 |
| dft | + | IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854 UNITED STATES 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | IBI SBL INVESTMENT LP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

Entered: June 9th, 2026
Signed: June 9th, 2026

**SO ORDERED**

THIS ORDER REQUIRES IMMEDIATE ACTION.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| * * * * * * | * | * * * * * * |
| | * | |
| 5410 30th Street DC LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 26-00129 |
| | * | |
| IBI Falcon US LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * | * | * * * * * * |

**SUPPLEMENTAL ORDER**

This Supplemental Order supplements the Order Setting Response Deadline and Setting Expedited Hearing [Dkt. No. 13] ("Original Order"), specifically the service and certification deadlines stated therein. The Original Order set a deadline of Friday, June 5, 2026, at 12:00 p.m. for Plaintiff to

serve the Original Order and file a certification therefore. However, the Original Order was not entered on the docket until Friday, June 5, 2026, at 1:08 p.m., making Plaintiff's compliance impossible. Accordingly, the Court has determined that the deadline for service and certification in the Original Order should be extended. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadlines for Plaintiff's counsel to serve a copy of the Original Order and to file a certification of such service as provided in the Original Order are hereby extended to **Tuesday, June 9, 2026, at 5:00 p.m.**; and it is further,

ORDERED, that except as explicitly provided in the paragraph above, the Original Order shall remain in full force and effect, including, without limitation, the objection deadline of **Thursday, June 11, 2026, at 12:00 p.m.;** and it is further,

ORDERED, that, if Plaintiff fails to provide service and certification as required by this Supplemental Order, the Court may terminate the hearing and vacate the Original Order without further notice or a hearing.

 cc:    Plaintiff
        Plaintiff's Counsel – Deirdre T. Johnson
        IBI Falcon US LLC – Maurice Belmont VerStandig

**End of Order**