**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| | Adversary No.:  26-000129 |
| Debtor | Chapter 11 |

**DEBTOR'S WITNESS AND EXHIBIT LISTS**

Come now the Debtor, by and through undersigned counsel, and furnishes this list of witnesses to be called, and exhibits to be introduced, at the hearing on the Debtor's Motion For TRO and Preliminary Injunction (DE #12):

WITNESSES

1. Zanetta Williams, Sole Member, 5410 30th Street DC, LLC

2. Any witness designated by the IBI Falcon US, LLC or IBI SBL Investment LP (without regard to the scope of  examination by the Creditor)

3. Any witness necessary to offer rebuttal or impeachment evidence

EXHIBITS

From Original Motion to Enforce the Automatic Stay:

Debtor Exhibit 1 -  Affidavit of Foreclosure 11-13-25

Debtor Exhibit 2 -  Michael Palumbo Email #1

Debtor Exhibit 3 – Michael Palumbo Email #2

Debtor Exhibit 4 – Undeliverable Mail Notice

Debtor Exhibit 5 – Certificate of Notice (DE #7)

Debtor Exhibit 6 – DC Municipal Regulation Section 26-C2727.1

Debtor Exhibit 7 – Evidence of negative Impact - REDACTED

Debtor Exhibit 8 – Verification of Creditor Matrix  (DE #25)


From Debtor's Supplement to Motion to Enforce the Automatic Stay

Debtor Exhibit 1 -  April 29, 2026

Debtor Exhibit 2 -  April 29, 2026

Debtor Exhibit 3 -  April 29, 2026

Debtor Exhibit 4 -  April 30, 2026

Debtor Exhibit 5 – Phone Calls 4/28 & 4/30/26

Debtor Exhibit 6 – Email from Amir Golan

Debtor Exhibit 7 -  April 30, 2026

Debtor Exhibit 8 -  April 30, 2026

Debtor Exhibit 8 -  Cease & Desist Letter – IBI 5/5/26

Debtor Exhibit 9 -  MBV Response to Cease & Desist Letter


Respectfully submitted,


Date: June 12, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of June, 2026, a copy of the foregoing DEBTOR'S WITNESS AND EXHIBIT LISTS  was served  electronically upon filing by the Court's CM/ECF system, with copies to:

Jeanette Rice          Jeanette.Rice@usdoj.gov

Maurice VerStandig    mac@mbvesq.com

US Trustee            USTPRegion04.GB.ECF@USDOJ.GOV


/s/ Deirdre T. Johnson, Esq

Deirdre T. Johnson, Esq