Case 26-00129   Doc 20-2   Filed 06/12/26   Page 1 of 1

**Oren**

6:07 AM

**Oren Streit**

> **Oren Streit**
> Hi Zanetta,
> The managing partner want to talk with you.

Wanted to speak with you and the managing partner . Can we jump into a call today at your morning?

6:15 AM

The Managing Partner? Dor?

6:16 AM

**Oren Streit**
No, Dor was the VP and I replaced him.
Amir is the managing partner.
He wants to talk with you .
Let's jump to a quick call today at your morning pls

6:25 AM