Case 26-00129   Doc 20-5   Filed 06/12/26   Page 1 of 1



**Oren**

Let's jump t **Today** ck call today at your morning pls

6:25 AM

So Dor is no longer there and this is a new person? And what would the calm be about?

6:26 AM ✓✓

**Oren Streit**
Zanetta, we want to see if we can get into an agreement with you.
We are ready to dismiss the bankruptcy and eventually you will loose the property and bear a lot of legal costs.
We can jump to a call to try and settle or we can continue at FC with your bankruptcy.
I am fine with both- your choices.

6:47 AM