6:50

# Chats

🔍 Ask Meta AI or Search

🗄 **Archived**                                    @



**+972 54-761-6860**   Thursday
📞 Missed voice call

**Oren**                              Thursday
Oren: We prefer to discuss
commercial terms with you...

**Oren Streit**                        4/28/26
📞 Missed voice call

Updates   Calls   Communities   **Chats**   You