FW: MacArthur Boulevard

**EXHIBIT 7**

**REDACTED**

From: _____

To:     zanettaw@yahoo.com

Date:  Monday, February 9, 2026 at 02:50 PM EST

**From:** _____
**Sent:** Monday, February 9, 2026 11:47 AM
**To:**
**Cc:**
**Subject:** Fw: MacArthur Boulevard

I asked _____ to translate the title work, lol.  Below is ____ summary.

Thanks,

**From:** _____
**Sent:** Monday, February 9, 2026 11:38 AM
**To:** _____
**Subject:** RE: MacArthur Boulevard

Hello again, _____

Here is the summary.   Title shows 3 open Deeds of Trust as follows:

1. DOT for $2,222,000.00 recorded 5/10/23 as Inst. #39109, last assigned to IBI Falcon US, LLC.  Further secured by a UCC Statement.  **This loan is in Foreclosure** – See Foreclosure Affidavit recorded 11/13/25 as Inst. #110562 and Deed of Appt. of Sub Trustee recorded 11/19/25 as Inst. #112580.
2. DOT for $374,500.00 recorded 2/9/24 as Inst. #12684 securing Santorini Capital, LLC .
3. DOT for $404,800.00 recorded 4/18/25 as Inst. #38726 securing Santorini Capital, LLC.