10:56   .ıll 5G 66

 **WhatsApp Audio...**

**+972 54-761-686**

