UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                              Case No.: 25-19605

                                                       Adversary No.:  26-000129

Debtor                                                 Chapter 11

### DEBTOR'S AMENDED WITNESS AND EXHIBIT LISTS

Come now the Debtor, by and through undersigned counsel, and furnishes this amended list of witnesses to be called, and exhibits to be introduced, at the hearing on the Debtor's Motion For TRO and Preliminary Injunction (DE #12):

WITNESSES

1. Zanetta Williams, Sole Member, 5410 30th Street DC, LLC

2. Any witness designated by the IBI Falcon US, LLC or IBI SBL Investment LP (without regard to the scope of examination by the Creditor)

3. Any witness necessary to offer rebuttal or impeachment evidence

EXHIBITS

Debtor Exhibit 1 -  Affidavit of Non-Residential Mortgage Foreclosure 11-13-25

Debtor Exhibit 2 -  Oren Streit WhatsApp – April 29 2026

Debtor Exhibit 3 – Oren Streit WhatsApp #2 – April 29 2026

Debtor Exhibit 4 – Michael Palumbo Email 2-7-25

Debtor Exhibit 5 – Oren Streit WhatsApp #3 – April 29 2026

Debtor Exhibit 6 – Michael Palumbo Email #2 October 15 2025

Debtor Exhibit 7 – Oren Streit WhatsApp #4 – April 30 2026

Debtor Exhibit 8 – Undeliverable Mail Notice

Debtor Exhibit 9 -  Certificate of Notice

Debtor Exhibit 10 -  Phone Calls 4/28 & 4/30/26

Debtor Exhibit 11 -  DC Municipal Regulation

Debtor Exhibit 12 -  Email from Amir Golan

Debtor Exhibit 13 – Missed Call from Oren Streit

Debtor Exhibit 14 – Evidence of Negative Impact - REDACTED

Debtor Exhibit 15 -  Phone Call from Amir Golan

Debtor Exhibit 16 -  Cease & Desist Letter to IBI 5/5/26

Debtor Exhibit 17 -  Verification of Creditor Matrix

Debtor Exhibit 18 -  MBV Response to Cease & Desist Letter

Respectfully submitted,

Date: June 15, 2026

/s/ Deirdre T. Johnson, Esq

Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 15th day of June, 2026, a copy of the foregoing DEBTOR'S AMENDED WITNESS AND EXHIBIT LISTS  was served  electronically upon filing by the Court's CM/ECF system, with copies to:

      Jeanette Rice          Jeanette.Rice@usdoj.gov

      Maurice VerStandig   mac@mbvesq.com

      US Trustee         USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson, Esq

_____
Deirdre T. Johnson, Esq