Case 26-00129   Doc 21-2   Filed 06/15/26   Page 1 of 1

← 👥 Oren ▢↓⌄

6:07 AM ✓✓

**Oren Streit**

> **Oren Streit**
>
> Hi Zanetta,
> The managing partner want to talk with you.

Wanted to speak with you and the managing partner .
Can we jump into a call today at your morning?

6:15 AM

The Managing Partner?
Dor?

6:16 AM ✓✓

**Oren Streit**

No, Dor was the VP and I replaced him.
Amir is the managing partner.
He wants to talk with you .
Let's jump to a quick call today at your morning pls

6:25 AM

