> The Managing Partner? Dor?
>
> 6:16 AM

**Oren Streit**

No, Dor was the VP and I replaced him.
Amir is the managing partner.
He wants to talk with you .
Let's jump to a quick call today at your morning pls

6:25 AM

> So Dor is no longer there and this is a new person? And what would the calm be about?
>
> 6:26 AM

**Oren Streit**

Zanetta, we want to see if we can get into an agreement with you. We are ready to dismiss the bankruptcy and eventually