RE: 399504816 - 5631 MacArthur Boulevard NW Washington DC 20016 - 5410 30th Street DC LLC

From:   Michael Palumbo (michael@gplawllc.com)

To:     zanettaw@yahoo.com

Cc:     mahmud.naser@upright.us; dor@ibi.co.il; OrenS@IBI.co.il; anthony@gplawllc.com

Date:   Friday, February 7, 2025 at 02:07 PM EST

**EXHIBIT**

**2**

Dear Zanetta:

Good afternoon.

I am in receipt of your email and voicemail message(s).

FTF Lending, LLC sold this loan to IBI SBL Investment LP on or about 03/06/2024. IBI is now making the decisions on this loan. So, I will follow-up with IBI related to your request(s) below and advise accordingly. That said, IBI expressly reserves all rights and remedies under the Notice of Default issued on 01/27/2025.

Please call/email me with any questions/concerns.

Thank you.


Sincerely,
Michael J. Palumbo
**Gingo Palumbo Law Group LLC**
Summit One
4700 Rockside Road, Suite 440
Independence, Ohio 44131
Direct: (216) 503-9512
Fax: (888) 827-0855
Cell: (330) 301-0369



**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. If applicable, this email is sent to the person or entity to which it is addressed and is sent for settlement purposes only pursuant to Federal and Ohio Rules of Evidence 408 and shall remain confidential and privileged. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice