7:00

Oren



Let's jump t Today ck call
today at your morning pls
6:25 AM

So Dor is no longer there
and this is a new person?
And what would the calm
be about?
6:26 AM

**Oren Streit**

Zanetta, we want to see if
we can get into an
agreement with you.
We are ready to dismiss the
bankruptcy and eventually
you will loose the property
and bear a lot of legal costs.
We can jump to a call to try
and settle or we can
continue at FC with your
bankruptcy.
I am fine with both- your
choices.
6:47 AM