

6:50

# Chats

🔍 Ask Meta AI or Search

📦 **Archived**                                    @

**+972 54-761-6860**    Thursday
📞 Missed voice call

**Oren**                              Thursday
Oren: We prefer to discuss
commercial terms with you...

**Oren Streit**                      4/28/26
📞 Missed voice call

Updates    Calls ②    Communities    **Chats**    You