


10:56

🔒

.ıll 5G<sub>W</sub><sup>U</sup>  66

💬 WhatsApp Audio...

+972 54-761-686

