_____RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO – ADVERSARY PROCEEDING

Date: 06/15/2026 Time: 10:00

**CASE: 26-00129 5410 30th Street DC LLC v. LLC et al**

Related: 25-19605 5410 30th Street DC LLC

✓Deirdre Theresa Johnson representing 5410 30th Street DC LLC (Plaintiff)

✓Maurice Belmont VerStandig representing IBI Falcon US LLC (Defendant)

Maurice Belmont VerStandig representing IBI SBL INVESTMENT LP (Defendant)

[11] Motion for Temporary Restraining Order Filed by 5410 30th Street DC LLC. (Attachments: #s13 Exhibit 9)

**FILED BY** : 5410 30th Street DC LLC BY D Johnson

[18] Opposition on behalf of IBI SBL INVESTMENT LP, IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 2 Proposed Order)

**FILED BY** : IBI Falcon US LLC IBI SBL INVESTMENT LP BY M VerStandig M VerStandig

[20] Exhibit/Witness List Filed by Deirdre Theresa Johnson (related document(s) 18 Exhibit 9 – MBV Response to Cease & Desist Letter)

**FILED BY** : 5410 30th Street DC LLC BY D Johnson

SCHEDULE:

1.Discovery cutoff:_____    6.Pretrial memos/exhibits:_____

2.Dispositive motions:_____    7.Trial times est:_____days____hrs

3.Status report due:_____    8.Trial date:_____time:_____

4.Motions hrg. date:_____    9.Expert witness & Rpts:_____

5.Final pretrial hrg:_____    10.Reissue Summons:_____

DISPOSITION:

Granted____Denied____Withdrawn____Default____Consent____Under Adv.____

Adjourned / Continued to:_____at_____m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                    _____Withdrawn/ Dismissed/ Deny

Amount: $ _____        for want of Prosecution

                                   _____Day Settlement Order

_____Decision Reserved          _____Moot

_____Default / No Response      _____Soldiers and Sailors Affidavit Due

_____Show Cause Order           _____Other:_____

Adjourned / Continued to:_____at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____Defendant:_____


DECISION:

   [ ] Signed by Court          [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] plaintiff's counsel        [ ] Court
      [ ] defendant's counsel        [ ] Other _____

NOTES: Evidentiary hearing on TRO.  Ruling to be made on June 18 at 10 am.