_____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO – ADVERSARY PROCEEDING


                                             Date: 06/18/2026 Time: 10:00
**CASE: 26-00129 5410 30th Street DC LLC v. LLC et al**

Related: 25-19605 5410 30th Street DC LLC

✓Deirdre Theresa Johnson representing 5410 30th Street DC LLC (Plaintiff)
✓Maurice Belmont VerStandig representing IBI Falcon US LLC (Defendant)
Maurice Belmont VerStandig representing IBI SBL INVESTMENT LP
(Defendant)

[11] Motion for Temporary Restraining Order Filed
by 5410 30th Street DC LLC. (Attachments: #s13
Exhibit 9)

**FILED BY** : 5410 30th Street DC LLC BY D Johnson

[18] Opposition on behalf of IBI SBL INVESTMENT LP, IBI
Falcon US LLC Filed by Maurice Belmont VerStandig
(related document(s) 2 Proposed Order)

**FILED BY** : IBI Falcon US LLC IBI SBL INVESTMENT LP BY M VerStandig M VerStandig

[20] Exhibit/Witness List Filed by Deirdre Theresa
Johnson (related document(s) 18 Exhibit 9 –
MBV Response to Cease & Desist Letter)

**FILED BY** : 5410 30th Street DC LLC BY D Johnson


SCHEDULE:

    1.Discovery cutoff:_____  6.Pretrial memos/exhibits:_____

    2.Dispositive motions:_____  7.Trial times est:_____days____hrs

    3.Status report due:_____  8.Trial date:_____time:_____

    4.Motions hrg. date:_____  9.Expert witness & Rpts:_____

    5.Final pretrial hrg:_____  10.Reissue Summons:_____

DISPOSITION:

    Granted____Denied 11_Withdrawn____Default____Consent____Under Adv.____

    Adjourned / Continued to:_____at _____m. Notice: YES / NO

FINAL DISPOSITION:

    _____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                        _____Withdrawn/ Dismissed/ Deny

Amount: $ _____        for want of Prosecution

                                   _____Day Settlement Order

_____Decision Reserved            _____Moot

_____Default / No Response        _____Soldiers and Sailors Affidavit Due

_____Show Cause Order             _____Other:_____

Adjourned / Continued to:_____at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____Defendant:_____


DECISION:

   [ ] Signed by Court         [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] plaintiff's counsel        [ ] Court
       [ ] defendant's counsel        [ ] Other _____

NOTES: oral ruling denying motion for TRO.  Court to prepare order consistent
with ruling.