Entered: June 25th, 2026
Signed: June 24th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–19605 – LSS**    Chapter: **11**    Adversary No.: **26–00129**

**5410 30th Street DC LLC**
Debtor

**5410 30th Street DC LLC**
Plaintiff

vs.

**IBI Falcon US LLC**
Defendant

## ORDER DENYING TRO MOTION

On June 15, 2026, this adversary proceeding came before the Court for a hearing on the Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 11] (TRO Motion), filed by Plaintiff, 5410 30th Street DC, LLC, and the Opposition [Dkt. No. 18], filed by Defendants, IBI Falcon US LLC, IBI SBL Investment LP, Amir Golan, Oren Streit, and Tova Greenbaum. At the conclusion of the hearing, the Court took the matter under advisement. On June 18, 2026, the Court issued its oral ruling. For the reasons stated on the record in the Courts oral ruling, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the TRO Motion is DENIED.

cc:    Plaintiff

Attorney for Plaintiff – Deirdre Theresa Johnson

Defendant

Attorney for Defendant – Maurice Belmont VerStandig

**End of Order**