United States Bankruptcy Court

District of Maryland

5410 30th Street DC LLC,

    Plaintiff

LLC,

    Defendant

Adv. Proc. No. 26-00129-LSS

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | 5410 30th Street DC LLC, 2011 Brooks Dr, District Heights, MD 20747-1002 |
| dft | + | IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854 UNITED STATES 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

Entered: June 25th, 2026
Signed: June 24th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **25‒19605 ‒ LSS**    Chapter: **11**    Adversary No.: **26‒00129**

**5410 30th Street DC LLC**
Debtor

**5410 30th Street DC LLC**
Plaintiff

vs.

**IBI Falcon US LLC**
Defendant

## ORDER DENYING TRO MOTION

On June 15, 2026, this adversary proceeding came before the Court for a hearing on the Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 11] (TRO Motion), filed by Plaintiff, 5410 30th Street DC, LLC, and the Opposition [Dkt. No. 18], filed by Defendants, IBI Falcon US LLC, IBI SBL Investment LP, Amir Golan, Oren Streit, and Tova Greenbaum. At the conclusion of the hearing, the Court took the matter under advisement. On June 18, 2026, the Court issued its oral ruling. For the reasons stated on the record in the Courts oral ruling, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the TRO Motion is DENIED.

cc:    Plaintiff

   Attorney for Plaintiff ‒ Deirdre Theresa Johnson

   Defendant

   Attorney for Defendant ‒ Maurice Belmont VerStandig

## End of Order