Entered: July 28th, 2026
Signed: July 28th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| *    *    *    *    *    *    * | *    *    *    *    *    * | |
| | * | |
| 5410 30th Street DC LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 26-00129 |
| | * | |
| IBI Falcon US LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    *    * | *    *    *    *    *    * | |

**NOTICE TO PARTIES**

On July 6, 2026, this Court held a status conference in the main case [25-19605].  Among the things discussed were the trajectory of the main case, discovery, scheduling and the status of this adversary proceeding.  Debtor's counsel indicated that this adversary proceeding could be dismissed.  To date, no notice of dismissal has been filed.  Debtor's counsel shall have 10 days from the date of this

notice to dismiss this adversary proceeding.  If no notice of dismissal is filed within 10 days, the Court shall dismiss the adversary proceeding without further notice or hearing.

cc:     Plaintiff
        Plaintiff's Counsel – Deirdre T. Johnson
        IBI Falcon US LLC – Maurice Belmont VerStandig

**End of Order**