United States Bankruptcy Court

District of Maryland

5410 30th Street DC LLC,

    Plaintiff

Adv. Proc. No. 26-00129-LSS

LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + 5410 30th Street DC LLC, 2011 Brooks Dr, District Heights, MD 20747-1002 |
| dft | + IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854 UNITED STATES 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

Entered: July 28th, 2026
Signed: July 28th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

|  |  |  |
|---|---|---|
| In re: | * | |
| | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| * * * * * * | * * * * * * | |
| | * | |
| 5410 30th Street DC LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 26-00129 |
| | * | |
| IBI Falcon US LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * | * * * * * * | |

### NOTICE TO PARTIES

On July 6, 2026, this Court held a status conference in the main case [25-19605].  Among the things discussed were the trajectory of the main case, discovery, scheduling and the status of this adversary proceeding.  Debtor's counsel indicated that this adversary proceeding could be dismissed.  To date, no notice of dismissal has been filed.  Debtor's counsel shall have 10 days from the date of this

notice to dismiss this adversary proceeding.  If no notice of dismissal is filed within 10 days, the Court shall dismiss the adversary proceeding without further notice or hearing.

cc:     Plaintiff
        Plaintiff's Counsel – Deirdre T. Johnson
        IBI Falcon US LLC – Maurice Belmont VerStandig

**End of Order**