**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| | Adversary No.:  26-000129 |
| Debtor | Chapter 11 |

**DEBTOR'S MOTION TO DISMISS ADVERSARY COMPLAINT WITH PREJUDICE**

Debtor/Plaintiff, by and through undersigned counsel, hereby moves this Court for entry of an order dismissing, with prejudice, the Adversary Complaint (DE #1) in its entirety, and in support thereof states as follows:

At a hearing held on July 6, 2026, in the main bankruptcy case, the Court confirmed, on the record, that the automatic stay imposed by 11 U.S.C. § 362(a) is, and at all relevant times has remained, in full force and effect. Having confirmed that predicate, the Court found no continuing need for either the Debtor's pending Motion to Enforce the Automatic Stay (Main Case DE #60) or this adversary proceeding, and directed the Debtor to move to dismiss this adversary proceeding in its entirety.  Dismissal with prejudice will conserve the resources of the Court and the parties.

WHEREFORE, the Debtor/Plaintiff respectfully requests that this Court enter an order: (i) dismissing the Adversary Complaint, and each count thereof, with prejudice; and (ii) granting such other and further relief as is just and proper.

Date: July 9, 2026                                  Respectfully submitted,


/s/ Deirdre T. Johnson

Deirdre T. Johnson, Esq.
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor and*
*Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2026, a copy of the foregoing DEBTOR'S MOTION TO DISMISS ADVERSARY COMPLAINT WITH PREJUDICEwas served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, including:

• Maurice B. VerStandig, Esq., Counsel for IBI Falcon US LLC and IBI SBL Investment LP,

  mac@mbvesq.com

• L. Jeanette Rice, Chapter 11 Trustee, Jeanette.Rice@usdoj.gov

• Office of the U.S. Trustee – Greenbelt, USTPRegion04.GB.ECF@USDOJ.GOV


/s/ Deirdre T. Johnson

Deirdre T. Johnson, Esq.