IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | Case No. 25-19605-LSS |
| 5410 30TH STREET DC, LLC, | (Chapter 11) |
| Debtor. | |

| | |
|---|---|
| 5410 30TH STREET DC, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 26-00129 |
| IBI FALCON US LLC; IBI SBL | |
| INVESTMENT LP; AMIR GOLAN; | |
| OREN STREIT; and TOVA | |
| GREENBAUM, | |
| Defendants. | |

## ORDER DISMISSING ADVERSARY COMPLAINT WITH PREJUDICE

Upon consideration of the Debtor's Motion to Dismiss Adversary Complaint with Prejudice (the "Motion"), and for the reasons stated therein and on the record at the hearing held July 6, 2026, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

1

ORDERED, that the Adversary Complaint [Dkt. No. 1], and each count thereof (Counts I through VI), is DISMISSED WITH PREJUDICE as to all Defendants; and it is further

ORDERED, that this adversary proceeding is CLOSED.

cc: Plaintiff

Attorney for Plaintiff – Deirdre Theresa Johnson

Defendants

Attorney for Defendants – Maurice Belmont VerStandig

**End of Order**