United States Bankruptcy Court
District of Maryland

5410 30th Street DC LLC,
Plaintiff

Adv. Proc. No. 26-00129-LSS

LLC,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 26, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | 5410 30th Street DC LLC, 2011 Brooks Dr, District Heights, MD 20747-1002 |
| dft | + | IBI Falcon US LLC, C/o The VerStandig Law Firm, 9812 Falls Road, #114-150, Potomac, MD 20854 UNITED STATES 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

Entered: August 25th, 2026
Signed: August 24th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:
5410 30TH STREET DC, LLC,
Debtor.

Case No. 25-19605-LSS
(Chapter 11)

5410 30TH STREET DC, LLC,
Plaintiff,
v.
IBI FALCON US LLC; IBI SBL INVESTMENT LP; AMIR GOLAN; OREN STREIT; and TOVA GREENBAUM,
Defendants.

Adv. Pro. No. 26-00129

**ORDER DISMISSING ADVERSARY COMPLAINT WITH PREJUDICE**

Upon consideration of the Debtor's Motion to Dismiss Adversary Complaint with Prejudice (the "Motion"), and for the reasons stated therein and on the record at the hearing held July 6, 2026, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Adversary Complaint [Dkt. No. 1], and each count thereof (Counts I through VI), is DISMISSED WITH PREJUDICE as to all Defendants; and it is further

ORDERED, that this adversary proceeding is CLOSED.

cc: Plaintiff

Attorney for Plaintiff – Deirdre Theresa Johnson

Defendants

Attorney for Defendants – Maurice Belmont VerStandig

**End of Order**